**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| **City** Melrose | **Related Case Information:** | |
| **County** | Superseding Ind./ Inf.    Case No. | |
| | Same Defendant    New Defendant | |
| | Magistrate Judge Case Number 22-mj-5440-JGD- | |
| | Search Warrant Case Number 21-mj-5544-JGD | |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: Patrick Baxter     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Melrose, MA

Birth date (Yr only): 1980   SSN (last4#):   Sex: M   Race:   Nationality:

**Defense Counsel if known:** Douglas Ryan    Address: 10 Post Office Square #800

**Bar Number**        Boston, MA 02109

**U.S. Attorney Information:**

AUSA: David G. Tobin    Bar Number if applicable: 552558

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of    in    .
☐ Already in State Custody at ———— ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/07/2022    Signature of AUSA: /s/ David G. Tobin

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Patrick Baxter

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2252A | Possession of Child Pornography | 1 |
| Set 2 | 18 U.S.C. 2252A | Receipt of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____